IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:03CR740 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. KATZ |
| | ) | |
| v. | ) | |
| | ) | |
| PAGE PLUS COMMUNICATIONS, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | FINAL ORDER OF FORFEITURE |

It appears to the Court that proper proceedings for the issuance of a Final Order of Forfeiture, as to the below-referenced property, have been had in this case as follows:

1.  The Preliminary Order of Forfeiture dated May 23, 2005 [Dkt. No. 36], is incorporated herein by reference.

2.  Pursuant to 21 U.S.C. § 853(n)(1) [as incorporated by 18 U.S.C. § 982(b)(1) and 31 U.S.C. § 5317(c)(1)(B)], the United States published notification of the Preliminary Order of Forfeiture, once weekly for three consecutive weeks, in the Toledo Legal News. Attached hereto as Exhibit #1 is a copy of the notice.

3.   No third party has made any claim to, or declared any interest in, the below-referenced property.

Therefore, in accordance with the plea agreement of defendant Page Plus Communications, Inc. [Dkt. No. 25], the Judgment in a Criminal Case [Dkt. No. 41] and the Preliminary Order of Forfeiture [Dkt. No. 36], it is hereby ORDERED, ADJUDGED, and DECREED:

4.   The following property is finally forfeited to the United States, and no right, title or interest shall exist in any other party:

a.)   $3,027,486.45 seized on May 26, 2005, from Fifth Third Bank Account Number xxxx1746.

5.   The United States shall dispose of this property in accordance with law.

SO ORDERED this 7th day of March, 2006.

s/ David A. Katz
David A. Katz
United States District Judge